```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 1:02-00279-01

SANDRA HUNT

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's pro se motion to modify the amount of her monthly restitution payment. (doc. # 39). Pursuant to 18 U.S.C. § 3664(k), the Clerk's Office is directed to send copies of the aforementioned motion to the government so that it can provide the required notifications and file a response to the motion.

The Clerk is directed to send copies of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 2nd day of July, 2009.

```
                              ENTER:

                              _____
                              David A. Faber
                              Senior United States District Judge
```