```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 1:02-00279-01

SANDRA HUNT

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's pro se motion to modify the amount of her monthly restitution payment. (doc. # 39). By Memorandum Opinion and Order dated July 2, 2009, the court directed the Clerk's Office to send copies of the motion to the government so that it could provide the required notifications and file a response to the motion. The United States has filed a response indicating that it has complied with its obligation to notify victims of defendant's motion, pursuant to 18 U.S.C. § 3664(k). The United States has also indicated that it does not object to a reduction in defendant's payment schedule so long as the amount is not less than $100 per month.

For good cause shown and in the interests of justice, the court hereby GRANTS defendant's motion. Defendant's payment schedule is hereby MODIFIED and restitution shall be paid through monthly installments of no less than $100.

The Clerk is directed to send copies of this Memorandum Opinion and Order to defendant, counsel of record, the Probation

Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 14th day of April, 2010.

                ENTER:

                *David A. Faber* (signature)
                David A. Faber
                Senior United States District Judge